THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-0054-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| THOMASINA GALLISHAW, A/K/A THOMASINA LUNDY, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Ms. Gallishaw would like to plead guilty and resolve the case in a timely fashion; and

(c) Ms. Gallishaw wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Ms. Gallishaw believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 1
(*USA v. Thomasina Gallishaw*; CR20-54RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that the Motion (Dkt. # 4) is GRANTED. The parties are directed to schedule a plea via videoconference before the criminal-duty magistrate judge at a mutually agreeable date and time.

DATED this 15th day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 2
(*USA v. Thomasina Gallishaw*; CR20-54RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100